**Order entered July 3, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00494-CV

### INVASIX, INC., Appellant

### V.

### DEBBIE JAMES AND KATLYNN CLINICH, Appellees

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-17175**

## ORDER

Before the Court is appellees' June 28, 2019 unopposed motion for extension of time to file their brief. We **GRANT** the motion and **ORDER** the brief received on June 24, 2019 filed as of the date of this order.

/s/      ERIN A. NOWELL
            JUSTICE